1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3  BARBARA J. VALLIERE (CABN 439353)
   Chief, Criminal Division
4
   WILLIAM J. EDELMAN (CABN 285177)
5  Special Assistant United States Attorney

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7265
      Fax: (415) 436-7234
8     E-mail: william.edelman@usdoj.gov

9  Attorneys for the United States of America

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            )  CASE NO. CR-16-00247
                                         )
14        Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
                                         )  CONTINUING HEARING DATE AND
15     v.                                )  EXCLUDING TIME UNDER THE SPEEDY TRIAL
                                         )  ACT
16  JAYLEN C. JOHNSON-SCOTT,             )
                                         )
17        Defendant.                     )
                                         )
18                                       )
                                         )
19                                       )

20       The above-captioned matter is currently set for a status hearing before this Court on August 25,

21  2016, at 11:00 a.m. This will be the first status hearing following the defendant's initial appearance.

22  The parties continue to discuss potential resolution of the matter, and the defense is conducting

23  investigation involving Defendant's medical records potentially relevant to the merits of the case.

24       The parties agree that additional time is necessary for the defense to fully complete its

25  investigation, and are therefore proposing to continue the status conference in this case to September 29,

26  2016, at 10:00 a.m. The parties stipulate and agree that the time between August 25, 2016, and

27  September 29, 2016, should be excluded in accordance with the provisions of the Speedy Trial Act, 18

28  STIP. TO CONTINUE HEARING DATE
    NO. CR-16-00247

U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (b)(iv) for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.

This is the first proposed change of the hearing date.  The proposed change to this matter's schedule is therefore as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Status hearing | August 25, 2016, 10:00 a.m. | September 29, 2016, 10:00 a.m. |

DATED: August 24, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: ____/s/_____
WILLIAM J. EDELMAN
Special Assistant United States Attorney

DATED: August 24, 2016

Respectfully submitted,

____/s/_____
CANDIS MITCHELL
Counsel for Defendant Jaylen C. Johnson-Scott

## [PROPOSED] ORDER

Good cause having been shown, the status hearing currently scheduled for August 25, 2016 is CONTINUED to September 29, 2016, at 10:00 a.m.  It is further ORDERED and ADJUDGED that based on the ongoing defense investigation into the defendant's medical records, the time between August 25, 2016, and September 29, 2016 is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under

STIP. TO CONTINUE HEARING DATE
NO. CR-16-00247

1  subsection (b)(iv) for continuity of counsel and effective preparation of counsel, taking into account the
2  exercise of due diligence.
3      IT IS SO ORDERED.

5  DATED: August 25, 2016

   HONORABLE MARIA-ELENA JAMES
   United States Magistrate Judge

28 STIP. TO CONTINUE HEARING DATE
   NO. CR-16-00247