STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Jaylen Johnson-Scott

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,**  Plaintiff,  v.  **Jaylen Johnson-Scott,**  Defendant. | Case Number: cr 16-247 MEJ  **Stipulation to Continue Hearing and [Proposed] Order** |

On September 29, 2016, Mr. Jaylen Johnson-Scott appeared before the court and his matter was continued until December 1, 2016, to provide time for assessment for pre-trial diversion. A necessary evaluation for entry into the diversion program has yet to be completed, accordingly the parties are requesting a continuance until January 26, 2016, to provide adequate time for Pre-Trial Services to complete their assessment.

The parties stipulate and agree that the time between January 12, 2017, and January 26, 2017, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A),

Stip. and [Proposed] Order to Cont. Hearing
cr 16-247 MEJ                                                                        1

on the basis that the ends of justice are served by taking such action, which outweighs the best interest of the public and the defendant in a speedy trial and also under subsection (b)(iv) for effective preparation of counsel—taking into account the exercise of due diligence.

Respectfully submitted,

Dated: January 9, 2017

*/s/ Candis Mitchell*
CANDIS MITCHELL
Attorney for Defendant Johnson-Scott

Dated: January 9, 2017

*/s/ Helen L. Gilbert*
HELEN GILBERT
Assistant United States Attorney

## ~~[Proposed]~~ Order

For the reasons stated, the Court vacates the January 12, 2017, hearing and resets the hearing to January 26, 2017, at 10:00 a.m. The time between January 12, 2017, and January 26, 2017, is ordered excluded.

IT IS SO ORDERED

Dated: January 9, 2017

**Honorable Maria-Elena James**
United States Magistrate Judge

Stip. and [Proposed] Order to Cont. Hearing
cr 16-247 MEJ                                  2